IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| **ULTRA PETROLEUM CORP.,** *et al.*, | § § § | Bankruptcy Case No: 16-32202 |
| Debtors. | § § § | |
| **SOUTHERN CALIFORNIA PUBLIC POWER AUTHORITY,** *et al.*, | § § § | Adversary No. 17-03044 |
| Plaintiffs, | § § | |
| v. | § § | |
| **ULTRA RESOURCES, INC.,** | § § | CIVIL ACTION NO. 4:19-CV-00090 |
| Defendant/Counter-Claimant, | § § | |
| v. | § § | |
| **SOUTHERN CALIFORNIA PUBLIC POWER AUTHORITY,** *et al.*, | § § § | |
| Counter-Defendants. | § § | |

## ORDER ADOPTING BANKRUPTCY JUDGE'S REPORT AND RECOMMENDATION TO WITHDRAW REFERENCE

The Court has reviewed the Report and Recommendation, (Instrument No. 1), of United States Bankruptcy Judge Marvin Isgur signed on January 8, 2019.

The Court has further reviewed Anadarko E&P Onshore LLC ("Anadarko")'s Motion to Dismiss for Lack of Subject Matter Jurisdiction, for Abstention, or for Judgment on the Pleadings, (Instrument No. 2), which relates to the issue of the Bankruptcy Court's subject matter jurisdiction, as well as Anadarko's Objection to the Bankruptcy Court's Recommendation to Withdraw Reference, (Instrument No. 4), and Ultra Resources, Inc.

("Ultra")'s Response to Anadarko's Objection to Recommendation to Withdraw Reference. (Instrument No. 8).

**IT IS HEREBY ORDERED** that United States Bankruptcy Judge Isgur's Report and Recommendation to Withdraw Reference is hereby adopted by this Court. **(Instrument No. 1)**.

**IT IS FURTHER ORDERED** that Anadarko's Motion to Dismiss regarding the Bankruptcy Court's subject matter jurisdiction is **DENIED as moot. (Instrument No. 2)**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 25th day of February, 2019, at Houston, Texas.

_____
**VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE**