UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SOUTHERN CALIFORNIA PUBLIC POWER AUTHORITY, *et al.*, | § § § § § | |
| Plaintiffs | § | |
| v. | § § | |
| ULTRA RESOURCES, INC., | § § | Civil Action No. 4:19-cv-00090 |
| Defendant/Counter-Claimant | § § | Hon. Vanessa D. Gilmore |
| v. | § § | |
| SOUTHERN CALIFORNIA PUBLIC POWER AUTHORITY, *et al.*, | § § § § | |
| Counter-Defendants. | § § | |
| GRIZZLY OPERATING, LLC f/k/a VANGUARD OPERATING, LLC, | § § § § | |
| Reorganized Debtor, | § § | |
| v. | § § | |
| ULTRA RESOURCES, INC., | § § § | |
| Claimant. | § § | |

**GRIZZLY OPERATING, LLC'S CORPORATE DISCLOSURE STATEMENT**

Grizzly Operating, LLC f/k/a Vanguard Operating, LLC files this corporate disclosure statement under Federal Rule of Civil Procedure 7.1 and states as follows:

Grizzly Operating, LLC f/k/a Vanguard Operating, LLC, a Delaware limited liability company, is a wholly owned subsidiary of Grizzly Energy Holdco, Inc., a Delaware corporation. Grizzly Energy Holdco, Inc. is a wholly owned subsidiary of Grizzly Natural Gas, LLC f/k/a

Vanguard Natural Gas, LLC, a Kentucky limited liability company.  Grizzly Natural Gas, LLC f/k/a Vanguard Natural Gas, LLC is a wholly owned subsidiary of Grizzly Energy, LLC f/k/a Vanguard Natural Resources, Inc., a publicly traded Delaware limited liability company.  Grizzly Energy, LLC f/k/a Vanguard Natural Resources, Inc. does not have a parent company and no publicly held corporation owns more than 10% of its ownership interests.

Houston, Texas
July 24, 2019

/s/ James T. Grogan
James T. Grogan (TX 24027354, Fed. 31715)
Jeffrey Rhodes (admitted *pro hac vice*)
Philip M. Guffy (TX 24113705, Fed. 3380372)
**BLANK ROME LLP**
717 Texas Avenue, Suite 1400
Houston, Texas  77002
Telephone: (713) 228-6601
Facsimile:  (713) 228-6605
Email: jgrogan@blankrome.com
          jrhodes@blankrome.com
          pguffy@blankrome.com

*Counsel for Grizzly Operating LLC f/k/a Vanguard Operating, LLC*

## Certificate of Service

The undersigned hereby certifies that on July 24, 2019, I caused a true and correct copy of the foregoing pleading to be electronically filed and served upon all counsel of record in accordance with the Federal Rules of Civil Procedure.

                                                                               */s/ James T. Grogan*
                                                                               James T. Grogan