**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| SOUTHERN CALIFORNIA PUBLIC POWER AUTHORITY, *et al.*, § § § | |
| Plaintiffs, § | |
| v. § | Civil Action No. 4:19-cv-00090 |
| ULTRA RESOURCES, INC., § | Hon. Vanessa D. Gilmore |
| Defendant/Counter-Claimant, § | |
| v. § | |
| SOUTHERN CALIFORNIA PUBLIC POWER AUTHORITY, *et al.*, § § | |
| Counter-Defendants § | |
| GRIZZLY OPERATING, LLC f/k/a VANGUARD OPERATING, LLC, § § | |
| Reorganized Debtor, § | |
| v. § | |
| ULTRA RESOURCES, INC., § | |
| Claimant. § | |

**ORIGINAL PLAINTIFFS' AND COUNTER-DEFENDANTS'**
**DISCLOSURE OF INTERESTED PARTIES**

Original plaintiffs and counter-defendants Southern California Public Power Authority ("SCPPA") and Turlock Irrigation District ("TID"; together with SCPPA, the "Plaintiffs") file this *Disclosure of Interested Parties* in compliance with the Court's Order for Conference and Disclosure of Interested Parties and, out of an abundance of caution, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure; and respectfully state as follows:

1

SCPPA is a joint powers agency comprised of eleven municipal utilities and one irrigation district in the State of California. SCPPA's members consist of the municipal utilities of Anaheim, Azusa, Banning, Burbank, Cerritos, Colton, Glendale, Los Angeles, Pasadena, Riverside, Vernon and the Imperial Irrigation District.

TID is an irrigation district organized in 1887 under the Wright Act and operates under provisions of the California Water Code as a special district. TID provides electricity to over 100,000 customers in its 662 square mile service territory in the counties of Stanislaus, Merced, and Tuolumne, California.

Dated: July 24, 2019.                    Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ John D. Cornwell*
John D. Cornwell
Texas Bar No. 24050450
Federal I.D. No. 610439
700 Milam Street, Suite 2700
Houston, TX 77002-2806
Telephone: 713.222.1470
Facsimile: 713.222.1475
jcornwell@munsch.com

*Counsel for Southern California Public Power Authority and Turlock Irrigation District*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of July, 2019, a true and correct copy of the foregoing was served electronically through the Court's ECF transmission facilities on all parties registered to receive ECF notice in this case.

By: */s/ John D. Cornwell*
John D. Cornwell
Texas Bar No. 24050450

4812-7577-1549v.1