UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA PUBLIC POWER AUTHORITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ULTRA RESOURCES, INC. <br><br> Defendants/Counter-Claimant, <br><br> v. <br><br> SOUTHERN CALIFORNIA PUBLIC POWER AUTHORITY, *et al.*, <br><br> Counter-Defendants. | Civil Action No. 4:19-cv-00090 <br><br> Hon. Vanessa D. Gilmore |
| VANGUARD NATURAL RESOURCES, LLC, *et al.*, <br><br> Debtors, <br><br> v. <br><br> ULTRA RESOURCES, INC. <br><br> Claimant. | |

**PINEDALE ENERGY, INC. AND STANDARD ENERGY CORP.'S
RESPONSE TO ORIGINAL PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Counter-Defendants Pinedale Energy, Inc. ("Pinedale") and Standard Energy Corp. ("Standard") file this *Response* ("Response") to *Original Plaintiffs' Motion for Summary Judgment* [Dkt. No. 33] filed by Southern California Public Power Authority and Turlock Irrigation District ("SCPPA/Turlock Motion"), and respectfully show the Court as follows:

1.  Pinedale and Standard join and incorporate the facts and arguments from *Ultra Resources, Inc.'s Motion for Partial Summary Judgment* [Dkt. No. 44] ("Ultra's Motion"), insofar as Section II, entitled "*'Collateral Estoppel' Does Not Oblige the Court to Endorse a Clearly

1

*Erroneous Interpretation of the SAA*," (located within ¶¶ 50-93, on pgs. 20-40) into this Response as though set forth in full.

2. Pinedale and Standard also incorporate the facts and arguments from *Pinedale Energy, Inc. and Standard Energy Corp.'s Motion for Partial Summary Judgment Pertaining to the Interpretation of the Supplemental Accounting Agreement* [Dkt. No. 38] into this Response as though set forth in full.

3. Pinedale and Standard also incorporate the arguments from *Ultra Resources, Inc.'s Consolidated Response to Plaintiff/Counter-Defendants' Motion for Summary Judgment* [Dkt. No. 45] into this Response as though set forth in full.

Dated:  July 26, 2019.

Respectfully submitted,

**MCGINNIS LOCHRIDGE LLP**

*/s/ Christopher L. Halgren*
_____

**Christopher L. Halgren**
S.D. Tex. Bar No. 1062824
State Bar No. 24069859

**Austin W. Brister**
S.D. Tex. Bar No. 3027146
Texas Bar No. 24080804

711 Louisiana St., Suite 1600
Houston, Texas 77002
Telephone: (713) 615-8500
Facsimile: (713) 328-1823
*chalgren@mcginnislaw.com*
*abrister@mcginnislaw.com*

**ATTORNEYS FOR
PINEDALE AND STANDARD**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this Friday, July 26, 2019, the foregoing was filed with the Court and served via the Court's CM/ECF system to all of the parties registered to receive such notice.

*/s/ Christopher L. Halgren*

Christopher L. Halgren